**NOTICE: THE PURPOSE OF THIS PROCEE**... **CONTEMPT OF COURT. SUCH PUNISHME**... **IMPRISONMENT, OR BOTH ACCORDING** ...

**WARNING: YOUR FAILURE TO APPEAR I**... **IMMEDIATE ARREST AND IMPRISONMEN**...

> Defendants are directed to file a response to that branch of plaintiff's motion which seeks remand pursuant to 28 USC 1441(b)(2) by September 27, 2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 20, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

RUSSIAN SCHOOL OF MATHEMATICS, INC.,

                              Plaintiff,

       -against-                        **NOTICE OF MOTION**

IRENE SINYAVIN and LOGICUS, LLC,          23-CV-8103 (PMH) (JCM)

                              Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon, the Declaration of Daniel J. LaRose, dated September 19, 2023, the exhibits annexed thereto, the Declaration of Jeff Gersham, dated September 19, 2023, the Declaration of Shiv Patel, dated September 18, 2023, the exhibits annexed thereto, the Declaration of Shivani Patel, dated September 18, 2023, the exhibits annexed thereto, and Plaintiff's Memorandum of Law in Support of its Motion for Remand and Contempt, dated September 19, 2023, and upon all other pleadings and proceedings previously had herein, Plaintiff will move this Court, at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse located at 300 Quarropas Street, White Plains, New York 10601, before the Honorable Philip M. Halpern, United States District Judge, at a date and time to be determined by the Court, for an order granting Defendant's Motion for Remand and Contempt.

Dated: New York, New York
       September 19, 2023

**WIGGIN AND DANA LLP**

By: /s/
Daniel J. LaRose
dlarose@wiggin.com
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 551-2845
*Attorneys for Plaintiff*

To:    Robert Walter Ottinger, Jr (Via ECF)
       The Ottinger Firm, P.C.
       401 Park Avenue South, 9th Floor
       New York, NY 10016