UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUSSIAN SCHOOL OF MATHEMATICS,
INC.,

                       Plaintiff,               <u>ORDER</u>

v.

                                                       23-CV-08103 (PMH)

IRENE SINYAVIN and LOGICUS, LLC,

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On January 25, 2024, this Court entered an Order and Judgment in favor of Plaintiff and against Defendants in the total amount of $41,348, representing an award of attorneys' fees.[1] (Doc. 53). After Defendants failed to satisfy that judgment, Plaintiff served post-judgment information subpoenae upon Defendants and when Defendants failed to comply therewith, Plaintiff moved to compel their compliance. (Doc. 54). On October 8, 2024, the Court entered an Order compelling Defendants to comply with the information subpoenae and to pay the damages and penalties awarded in the amount of $4,500 within thirty days of the date of that order. (Doc. 69). On November 27, 2024, after Defendants failed to comply with the Court's October 8, 2024, Plaintiff moved to hold Defendants in contempt. (Doc. 70; Doc. 71; Doc. 72).

Plaintiff's unopposed motion seeks an order: (i) holding Defendants in contempt; (ii) awarding Plaintiff its costs and attorneys' fees in bringing this motion; (iii) fining Defendants $100.00 per day until Defendants comply with the October 8, 2024 Order; (iv) suspending the operation of Logicus; and (v) directing the United States Marshal to bring Sinyavin before the Court for incarceration.

---

[1] The Court presumes the parties' familiarity with the underlying facts and procedural history of this case.

Upon review and consideration of Plaintiff's motion and the papers filed in support thereof (Doc. 70; Doc. 71; Doc. 72), Plaintiff's motion to hold Defendants in contempt is GRANTED as follows:

Defendants IRENE SINYAVIN and LOGICUS, LLC are in civil contempt of Court for failure to comply with the Court's clear and unambiguous October 8, 2024 Order.

Defendants IRENE SINYAVIN and LOGICUS, LLC are compelled to comply with the information subpoenae served on June 13, 2024 within 14 calendar days after service of a copy of this Order by overnight mail upon them or be fined $100 for each day that they continue to fail to comply.

Plaintiff's motion for attorney's fees and costs incurred in making the instant motion to hold Defendants in contempt is granted. Plaintiff shall file an appropriate application, supported by an affidavit of a person with personal knowledge and annexing exhibits supporting the application, within 14 days of the date hereof.

Defendants will be purged of the contempt by providing the requested information and paying the $4,500 award to Plaintiff's counsel as provided in the October 8, 2024 order within 14 calendar days after service of a copy of this Order upon them by overnight mail.

In the event that Defendants fail to comply with said subpoenae within 14 calendar days after service of a copy of this Order upon them by overnight mail, Defendants shall be fined $100 for each day that they continue to fail to comply, and such fine shall be payable to the Clerk of the Court for the Southern District of New York.

In the event that Defendants fail to comply with said subpoenae within 14 calendar days after service of a copy of this Order upon them by overnight mail, an application may be made to this Court for the suspension of defendant LOGICUS, LLC's operations and/or the arrest of

defendant IRENE SINYAVIN by the United States Marshals Service upon further notice to Defendants made by Order to Show Cause pursuant to Local Civil Rule 83.6.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 70).

SO-ORDERED.

Dated: White Plains, New York
       February 24, 2025

_____
Philip M. Halpern
United States District Judge