UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RUSSIAN SCHOOL OF MATHEMATICS,
INC.,

                    Plaintiff,              ORDER AND JUDGMENT

v.

                                        23-CV-08103 (PMH)

IRENE SINYAVIN and LOGICUS, LLC,

                    Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court, on February 24, 2025, granted Plaintiff's motion for attorney's fees and costs incurred in making the motion to hold Defendants in contempt. (Doc. 73). Plaintiff, in accordance with the Court's directive, filed an appropriate application in support of its request for fees and costs on March 7, 2025. (Doc. 74). Upon review of the attorney declaration and billing records submitted by Plaintiff, and in light of the Court's familiarity with this case and the factors to be considered in determining a fee award, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff Russian School of Mathematics, Inc. have judgment against Defendants Irene Sinyavin and Logicus, LLC, in the amount of $9,504 representing an award of attorney's fees.

SO-ORDERED.

Dated: White Plains, New York
       March 17, 2025

                                                            _____
                                                            Philip M. Halpern
                                                            United States District Judge