UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RUSSIAN SCHOOL OF MATHEMATICS,
INC.,

                              Plaintiff,                  ORDER

v.

                                                  23-CV-08103 (PMH)

IRENE SINYAVIN and LOGICUS, LLC,

                              Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for the parties and Irene Sinyavin appeared today for an in-person conference on the Order to Show Cause why this Court should not enter an order (i) suspending the operations of Defendant Logicus, LLC, and (ii) directing the United States Marshals Service to arrest Defendant Irene Sinyavin. (Doc. 79).

As stated on the record and discussed in greater detail, Defendants have continued to fail to comply with the Court's Order which held them in civil contempt. (Doc. 73). The Court extended Defendants' time to purge their contempt by serving complete responses to the information subpoenae and directed that the full and complete responses be supplied to Plaintiff by noon on May 14, 2025.

The parties shall meet and confer concerning Defendants' proposal for satisfaction of the outstanding judgment(s). By May 2, 2025, the parties shall advise the Court by letter filed via ECF as to the status of the parties' agreement in that regard.

The parties shall appear for a conference on May 15, 2025 at 10:00 a.m. In the event the parties advise the Court on May 2, 2025 that they have reached agreement and the judgment(s) have been satisfied, the conference will be canceled. In the event the parties are unable to reach

agreement, they shall be prepared to report to the Court at the next conference concerning Defendants' supplemental responses to the subpoenae and compliance with this Court's orders in that regard; and to discuss, with citation to case law, the propriety of limiting this Court's authority to direct the United States Marshals Service to arrest the contemnor under the circumstances.

The fine imposed by the Court's February 24, 2025 Order (Doc. 73) of $100 for each day that Defendants fail to comply with the information subpoenae continues to run from March 17, 2025, payable to the Clerk of the Court for the Southern District of New York. In the event the judgment(s) is satisfied by May 2, 2025, the fines shall cease to accrue as of that date.

See transcript.

SO-ORDERED.

Dated: White Plains, New York
April 30, 2025

_____
Philip M. Halpern
United States District Judge